**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| ARTAVEUS DAWSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:20-CV-297-RLJ-HBG |
| | ) | |
| OAK RIDGE POLICE DEPARTMENT, | ) | |
| OAK RIDGE POLICE OFFICERS, | ) | |
| ANDERSON COUNTY DETENTION | ) | |
| FACILITY MEDICAL STAFF, | ) | |
| ANDERSON COUNTY DETENTION | ) | |
| FACILITY PROVIDER, OAK RIDGE | ) | |
| METHODIST MEDICAL CENTER, and | ) | |
| OAK RIDGE METHODIST PROVIDER, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed contemporaneously with this order, Plaintiff's pro se complaint for violation of 42 U.S.C. § 1983 is **DISMISSED** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

_____
s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
  s/ John Medearis
  CLERK OF COURT